IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| JORDAN DEAN FREEMONT,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY DETENTION FACILITY,<br><br>Defendant. | CV 16-122-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendations filed on April 13, 2017. (Doc. 10). Judge Cavan recommends that this Court dismiss the action without prejudice due to Plaintiff Jordan Freemont's failure to comply with Local Rule 5.2(b). (Doc. 10 at 1-2).

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of Judge Cavan's Findings and Recommendations. No objections were filed. When neither party objects, this Court reviews Judge Cavan's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by United States Magistrate Judge Cavan (Doc. 10) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice.

DATED this 2nd day of May, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge